COURT
OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
NO. 2-02-419-CV
 
IN RE HAYWARD RUDD, JR.                                                                    
RELATOR
 
------------
ORIGINAL PROCEEDING
------------
MEMORANDUM
OPINION
(1)
------------
The court has considered relator's
petition for writ of mandamus and is of the opinion that relief should be denied
as moot. Accordingly, relator's petition for writ of mandamus is denied as moot.

PER CURIAM
 
PANEL B: HOLMAN, GARDNER, and WALKER, JJ.
[DELIVERED JAN. 3, 2003]
 

1. See Tex. R. App. P. 47.4.